```
                                                          U.S. DISTRICT COURT
                                                          DISTRICT OF VERMONT
                                                                 FILED
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2009 NOV 19 PM 12:55

BY _____
   DEPUTY CLERK

TIMOTHY SHEA
        Plaintiff

V.                                      Case # 2:09-CV-176

WILLIAM H. FORRENCE and
PETER CORNELIN FORRENCE
        Defendants

## CERTIFICATE OF SERVICE

      On this 18th day of November, 2009 I served a copy of Initial Disclosure of Plaintiff on all parties of record by mailing a copy to the following:

Pietro J. Lynn, Esq.
Lynn, Lynn & Blackman, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401

Dated at Rutland, Vermont this 18th day of November, 2009.

                                                Kevin P. Candon, Esq.
                                                Attorney for Plaintiff
                                                PO Box 6072
                                                Rutland, VT 05702
                                                802-775-7511
                                                Kpcandon@aol.com