NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

**TIMOTHY H. SHEA**

      **v.**                                      Case No: 2:09-cv-00176-wks

**WILLIAM H. FORRENCE**
**PETER CORNELIN FORRENCE**

**TAKE NOTICE** that the above-entitled case has been scheduled at 11:00 a.m. on Monday, September 19, 2011, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a Final Pretrial Conference.

**Location: Courtroom 542**                        **JEFFREY S. EATON, Clerk**
**Date of Notice: 8/5/2011**

                                                                      **By /s/Joanne A. Muir**
                                                                      **Deputy Clerk**

**TO:**

John J. Kennelly, Esq.
Joseph S. Provanzano, Esq.
Kevin P. Candon, Esq.
Laurie B. McGhee, Esq.

Pietro J. Lynn, Esq.

Anne Pierce, Court Reporter