FLETCHER ALLEN HEALTH CARE
MRN: 0013854047
Patient: SHEA, TIMOTHY H
DOB: 08/07/1965
Age: 42 y
Sex: Male

REPORT STATUS: SIGNED

**Emergency Department - Physician Summary**
**Registration Date/Time: 08/06/2006 10:20**

Arrived- By ambulance. Historian - patient.

### HISTORY OF PRESENT ILLNESS

Chief Complaint- MOTORCYCLE ACCIDENT. Location of injuries- face. The accident occurred just prior to arrival.

The patient complains of mild pain. No blow to the head, neck pain or loss of consciousness. Not dazed.

Mechanism details- Patient was riding a motorcycle, wearing a helmet and traveling at moderate speed, was struck by a car and was thrown from the point of impact. Patient was ambulatory at the scene.

### REVIEW OF SYSTEMS

No numbness, dizziness, loss of vision, hearing loss or chest pain. No difficulty breathing, weakness, headache, nausea or abdominal pain. No laceration, fever, depression or vomiting.

### PAST HISTORY

See nurses notes. Tetanus immunization status is unknown.

**Medications:** The patient's medications have been reviewed.
**Allergies:** The patient's allergies have been reviewed.

### ADDITIONAL NOTES

The nursing notes have been reviewed.

### PHYSICAL EXAM

**Appearance:** Alert. No acute distress. No backboard or C-collar.
**Vital Signs:** Have been reviewed -
**Head:** Head non-tender. Chin: abrasion.
**Eyes:** Pupils equal, round and reactive to light.
**ENT:** No dental injury. Pharynx normal.
**Neck:** Non-tender.
**CVS:** Heart sounds normal.
**Respiratory:** Chest nontender.
**Abdomen:** Abdomen soft and nontender.

10/09/2007 10:21 AM

(4)

FLETCHER ALLEN HEALTH CARE
MRN: 0013854047
Patient: SHEA, TIMOTHY H
DOB: 08/07/1965
Age: 42 y
Sex: Male

REPORT STATUS: SIGNED

**Back:** No back tenderness.
**Neuro:** Oriented X 3. No motor deficit. No sensory deficit.

## PROGRESS AND PROCEDURES

Patient/family counseled. Additional history sought. Old medical records ordered.

ED Attending on duty and available for supervision: S. Stone.

**Disposition:** Discharged home. Condition: good.

## CLINICAL IMPRESSION

Contusion to the face .

## INSTRUCTIONS

Apply ice intermittently (15-20 minutes at a time 4-6 times daily).
Chin/lip laceration.

**Warnings:**
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**OTC Medications:**
Take OTC medications according to label instructions. Available over the counter.

**Follow-up:**
Follow up with your doctor. Next available appointment.

(Electronically signed by Kevin Brochu, P.A. 08/08/2006 11:52)

10/09/2007 10:21 AM



FLETCHER ALLEN HEALTH CARE
MRN: 0013854047
Patient: SHEA, TIMOTHY H
DOB: 08/07/1965
Age: 42 y
Sex: Male

REPORT STATUS: SIGNED

## Emergency Department - Nursing Summary
Registration Date/Time: 08/06/2006 10:20

### TRIAGE
**Initial Assessment**
Triage time 10:21. Acuity: LEVEL 3.
BP: 133 / 72. HR: 80. RR: 16. Temp: 36.5 C (tympanic).   --1023 Susan Myers, R.N.

**Medications**
( colchicine, prevacid, allopurinol).   --1023 Susan Myers, R.N.

**Allergies**
No known drug allergies.   --1023 Susan Myers, R.N.

**History**
Chief Complaint: MOTOR VEHICLE COLLISION and ( driving a motorcycle, car cut in front of him). Location of injuries (chin abrasion, low back pain, nose feels numb). This occurred just prior to arrival. Pain level now: 2/10. No loss of consciousness.
PAST HX: Tetanus status: unknown. ( gout, GERD).
SOCIAL HX: Occasional alcohol use. Nonsmoker. No report of abuse.
Arrived by private vehicle.   --1023 Susan Myers, R.N.

**Interventions**
To room.   --1023 Susan Myers, R.N.

### NURSING PROGRESS NOTES
**Progress**
Patient gowned. Call light placed in reach. Side rails up x 1. Bed placed in lowest position. Brakes of bed on.   --1025 Barb Brutzman, E.M.T.

Td (TETANUS and DIPHTHERIA) 0.5 mL lot # U1880AA Decavac IM right deltoid.
.   --1058 Susan Willard, R.N.

Wound cleansed with sterile water (bacitracin applied).   --1058 Susan Willard, R.N.

### DISPOSITION / DISCHARGE
Patient reports pain level on departure as 0/10. Condition at departure: improved. No learning barriers present. Discharge instructions reviewed with the patient. Reviewed warnings. Reviewed referrals. Patient verbalized understanding. The

10/09/2007 10:21 AM



FLETCHER ALLEN HEALTH CARE
MRN: 0013854047
Patient: SHEA, TIMOTHY H
DOB: 08/07/1965
Age: 42 y
Sex: Male

REPORT STATUS: SIGNED

patient was discharged home. The patient left the Emergency Department ambulatory. --1059 Susan Willard, R.N.

Susan Myers R.N.

Barb Brutzman, E.M.T.

Susan Willard R.N.

Locked/Released at 08/07/2006 7:53 by Donna Chicoine, R.N.

10/09/2007 10:21 AM

**Fletcher Allen Health Care**
Emergency Department
111 Colchester Avenue
Burlington, VT 05401 (802) 847-2434
Registration Date/Time 08/06/2006 10:20
**Discharge Instructions**

MRN: 13854047
Patient: SHEA, TIMOTHY H
DOB: 08/07/1965
Sex: M
PCP: UNKNOWN MD, DOCTOR

1100 MS

Thank you for visiting the Fletcher Allen Health Care-Emergency Department. You have been evaluated today by Kevin Brochu, P.A. for the following condition(s):

Contusion to the face.

**INSTRUCTIONS**
Apply ice intermittently (15-20 minutes at a time 4-6 times daily).
Chin/lip laceration

**Warnings:**
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**OTC Medications:**
Take OTC medications according to label instructions. Available over the counter.

**Follow-up:**
Follow up with your doctor. Next available appointment.

You have been given the following additional information:
FACIAL CONTUSION                         [with wake-up]

_____
Patient Signature

95909   920    2228/5
        E8122   m172
        V065

        936
        9038

(8)